IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELVIN MAYFIELD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-967-GPM |
| | ) |
| **MERCK & CO., INC., d/b/a MSD SHARP &** | ) |
| **DOHME GmbH d/b/a MERCK, SHARP &** | ) |
| **DOHME, and OSCO DRUG, INC., d/b/a** | ) |
| **OSCO DRUG,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on Plaintiff's motion for remand (Doc. 8). Having reviewed the submissions of the parties, the Court concludes that it lacks federal subject matter jurisdiction in diversity. *See Nicol v. Merck & Co.*, No. 06-926-GPM, 2006 WL 3804887 (S.D. Ill. Dec. 22, 2006). The motion for remand is **GRANTED** and, pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the Circuit Court of the Third Judicial Circuit, Madison County, Illinois, for lack of federal subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: 1/29/2007

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge